JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SILVA HUERTA, on behalf of the State of California, as a private attorney general, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>DOUBLETREE EMPLOYER LLC, a Limited Liability Company; CURIO EMPLOYER LLC, a Limited Liability Company; and DOES 1 through 50, inclusive, <br><br>　　　　Defendants. | Case No. 8:23-cv-02433-KK-ADS <br><br>**ORDER GRANTING JOINT STIPULATION FOR SETTLEMENT APPROVAL AND DISMISSAL OF ACTION PURSUANT TO <u>FRCP 41(a)(1)(A)(ii)</u> AND SECTION 2699 OF THE CALIFORNIA LABOR CODE** |

# ORDER

Upon review of the Stipulation of the Parties in this matter and good cause appearing, the Court hereby finds and orders as follows:

(1) Plaintiff's PAGA claims are dismissed with prejudice as to her individual PAGA claims and without prejudice as to her representative PAGA claims (*i.e.*, all claims asserted as to unnamed putative aggrieved employees), pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(1)(A)(iii), respectively.

(2) The Settlement of Plaintiff's individual PAGA claims is approved pursuant to California Labor Code § 2699(s)(2).

(3) All upcoming hearings, conference and dates in this Action are vacated and this Action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: April 28, 2025

HONORABLE KENLY KIYA KATO
Judge of the United States District Court
Central District of California